IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VICTORIA D. PULLIAM, )
 )
    Plaintiff, )
 )
v. ) CASE NO. MC416-114
 )
JENNY S. GOLDMAN, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 14th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR 14 PM 12:25
CLERK
SO. DIST. OF GA.