IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VICTORIA D. PULLIAM, )
)
    Plaintiff, )
)
v. ) CASE NO. MC416-014
)
JENNY S. GOLDMAN, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 18th day of March 2019.

                                    WILLIAM T. MOORE, JR.
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR 18 AM 11:32
CLERK
SO. DIST. OF GA.